Opinion filed January 10, 2019



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00105-CV
_____

## DOUBLE DIAMOND, INC., DOUBLE DIAMOND MANAGEMENT CORPORATION, DOUBLE DIAMOND UTILITIES CO., CLIFFS GOLF, INC., AND R. MIKE WARD, Appellants

## V.

## DAN DIPPREY, CURTIS PRIDDY, KEN HILL, AND KEN HILL INVESTMENT GROUP, INC., Appellees

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C47833**

### M E M O R A N D U M   O P I N I O N

Appellants filed this interlocutory appeal from an order entered by the trial court on March 28, 2018. On December 13, 2018, this court issued an order in which we explained the background of this appeal and concluded: "Accordingly, it appears that the March 28, 2018 order is now moot." We also informed the parties that this

appeal would be dismissed for want of jurisdiction if the parties failed to submit "in writing within ten days . . . a valid basis for continuing this appeal." We have received no response from the parties. Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 42.3.

This appeal is dismissed for want of jurisdiction.

PER CURIAM

January 10, 2019

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.